## EX PARTE A. W. GREGORY.

On the 11th day of November, 1863, the applicant petitioned for the writ of Habeas Corpus, alleging that he was illegally restrained of his liberty, by J. M. Davis, Enrolling Officer for Limestone County. Writ issued same day. Respondent, in his return, claimed to hold applicant as an enrolled conscript. On the trial of the cause, it was in proof that applicant was a minister of the Baptist Church, and authorized to preach according to the rules of his sect; that he was not an ordained minister, and had no authority to administer the ordinances of the church ; that applicant did not have charge of a church, as pastor, and did not make preaching a regular occupation to obtain a livelihood; that he received the assent of the church to preach, about two years previous to the issuance of the writ ; was licensed to preach February 14, 1863, and preached only occasionally ; that no minister can take pastoral charge of a church, without ordination ; that there is no difference between a licensed minister and an ordained minister, except that an ordained minister has the right and authority to administer the ordinances, in addition to that of preaching, and may take charge of a church, as pastor ; that according to Baptist usages, no ordination is necessary to constitute a preacher ; that any male member of the church may preach, so long as he does not preach heresy ; that it is customary to grant licenses to preach in the Baptist church, but it is not necessary to enable a party to preach. *Held,* that the facts of the case are not sufficient to constitute an exemption under the act of Congress, of date April 21st, 1862.

Under the act of April 21st, 1862, a party to be entitled to an exemption, as a minister of religion, must be authorized to preach according to the rules of his sect, and be engaged in the regular discharge of ministerial duties.

The fact that a party, by the rules of his sect, is authorized, by the consent of a congregation, to lead in their religious worship, and that he is recognized

C

by his brethren as a person who occupies such a position, does not constitute him, within the contemplation of this law, a preacher in regular discharge of ministerial duties.

Appeal from the judgment of the Hon. J. C. WALKER, Judge of the 13th Judicial District, sitting in Chambers, at Springfield.

*Attorney General*, for appellee.

MOORE, J. delivered the opinion of the Court.

Judgment affirmed.

WHEELER, C. J., did not sit in this case.